IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERICA MAHAN, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL COLLECTION AGENCY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)     CIVIL ACTION NO.<br>)            2010-437<br>)<br>)<br>)<br>) |

DISCLOSURE STATEMENT
PURSUANT TO LOCAL RULE 3.4

**COMES NOW** Defendant American Medical Collection Agency ("AMCA") pursuant to Local Rule 3.4 of the Southern District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for AMCA in the above captioned action certifies that AMCA is a trade name for Retrieval-Masters Credit Bureau, Inc., and that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

/s/Brent G. Grainger
John W. Scott
Brent G. Grainger
Attorneys for Defendant
American Medical Collection Agency

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
Telephone: (205) 251-2300
Telecopier: (205) 251-6773
Email: jscott@scottdukeslaw.com
bgrainger@scottdukeslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

James D. Patterson, Esq.
Kenneth J. Riemer, Esq.
UNDERWOOD & RIEMER, P.C.
166 Government Street, Suite 100
Mobile, Alabama 36602

/s/Brent G. Grainger
Of Counsel

55592